# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1444**
**KAH 11-00139**
PRESENT: SMITH, J.P., FAHEY, PERADOTTO, CARNI, AND SCONIERS, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK EX REL.
DERRICK HAMILTON, PETITIONER-APPELLANT,

                              V                                    ORDER

HAROLD D. GRAHAM, SUPERINTENDENT, AUBURN
CORRECTIONAL FACILITY, RESPONDENT-RESPONDENT.

---

CHARLES A. MARANGOLA, MORAVIA, FOR PETITIONER-APPELLANT.

DERRICK HAMILTON, PETITIONER-APPELLANT PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARLENE O. TUCZINSKI
OF COUNSEL), FOR RESPONDENT-RESPONDENT.

---

    Appeal from a judgment (denominated order) of the Supreme Court,
Cayuga County (Mark H. Fandrich, A.J.), entered December 17, 2010 in a
habeas corpus proceeding.  The judgment denied and dismissed the
petition.

    It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Entered:  December 30, 2011                    Frances E. Cafarell
                                               Clerk of the Court